**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 10-1193**

---

EULA DICKSON; ANDREA DICKSON,

       Plaintiffs – Appellants,

       v.

COHN, GOLDBERG & DEUTSCH LAW FIRM; DARLENE BUZZARD, in her
individual capacity; PATRICIA KRIEGER, in her individual
capacity; STEPHEN NORMAN GOLDBERG, in his individual
capacity; RICHARD EVAN SOLOMON, in his individual capacity;
RONALD STEVEN DEUTSCH, in his individual capacity; EDWARD
S. COHN, in his individual capacity; RICHARD J. ROGERS, in
his individual capacity,

       Defendants – Appellees,

       and

MERS, INCORPORATED; RECONSTRUCT COMPANY, N.A.,

       Defendants.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, Senior District
Judge. (8:09-cv-00937-PJM)

---

Submitted: April 14, 2011         Decided: May 4, 2011

---

Before KING, SHEDD, and AGEE, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Eula Dickson, Andrea Dickson, Appellants Pro Se. Stephen Norman Goldberg, Richard Evan Solomon, COHN, GOLDBERG & DEUTSCH, LLC, Towson, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants appeal the district court's order dismissing their complaint alleging numerous causes of action arising from a state foreclosure proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dickson v. Cohn, No. 8:09-cv-00937-PJM (D. Md. Dec. 7, 2009); see also 4th Cir. R. 34(b) (stating that this court's review is limited to the issues raised in the informal brief). We deny Appellants' motions to strike and for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED